**John M. Coletti**, OSB No. 942740
E-mail: john@paulsoncoletti.com
**PAULSON COLETTI TRIAL ATTORNEYS PC**
1022 NW Marshall Street, Suite 450
Portland OR  97209
Phone: (503) 226-6361
Facsimile: (503) 226-6276

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **ESTATE OF MITILDIT LAKO, by and through its Personal Representative Entela Lako,**<br><br>                   Plaintiff,<br><br>     v.<br><br>**SUPERIOR TOWING, INC.; SAMUEL GOEDHART TRUCKING; and SAMUEL GOEDHART;**<br><br>                   Defendants. | Case No. 2:18-cv-01810-SU<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEENDANT SUPERIOR TOWING, INC.** |

COMES now plaintiff by and through its attorney of record, John Coletti, and hereby

voluntarily dismisses defendant Superior Towing, Inc., without costs and without predudice.

DATED this 28th day of February, 2018.

PAULSON COLETTI TRIAL ATTORNEYS PC

By:  _/s/ John M. Coletti_____
John M. Coletti, OSB No. 942740
1022 NW Marshall St., Ste. 450
Portland, Oregon 97209
(503) 226-6361
john@paulsoncoletti.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I served a copy of the NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUPRIOR TOWING, INC. on the following person and by the method(s) indicated:

**Alison R. Barber**
**Brian B. Williams**
Hitt Hiller Monfils Williams LLP
411 SW 2nd Avenue, Ste. 400
Portland, OR 97204
Tel: 503.228.8870
bwilliams@hittandhiller.com
abarber@hittandhiller.com
*Of Attorneys for Defendants Samuel Goedhart Trucking and Samuel Goedhart*

☒ Via First Class Mail
☐ Via Facsimile
☐ Via Hand Delivery
☒ Via Electronic Mail

By: *s/ John M. Coletti*
John M. Coletti, OSB No. 942740
john@paulsoncoletti.com
Of Attorneys for Plaintiff