Brian B. Williams, OSB #964594
bwilliams@hittandhiller.com
Alison R. Barber, OSB #085581
abarber@hittandhiller.com
Hitt Hiller Monfils Williams LLP
411 SW 2nd Ave., Suite 400
Portland, OR 97204
(503) 228-8870
Attorney for Defendants Samuel Goedhart Trucking and Samuel Goedhart

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| ESTATE OF MITILDIT LAKO, by and through its Personal Representative Entela Lako,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>SUPERIOR TOWING, INC.; SAMUEL GOEDHART TRUCKING; and SAMUEL GOEDHART,<br><br>　　　Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>STAVRI PLASARI,<br><br>　　　　　Third-Party Defendant. | Case No. 2:18-cv-01810-SU<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties hereto, pursuant to FRCP 41(a)(1), and it appearing that the within matter has been fully compromised and settled,

　　　IT IS HEREBY ORDERED that the within matter is dismissed with prejudice and without costs to all parties.

PAGE 1

Presented by:
Alison R. Barber
Attorney for Defendant

IT IS SO STIPULATED:

_____
John Coletti, OSB No. 942740
*Attorney for Plaintiff*

IT IS SO STIPULATED:

_____
Alison R. Barber, OSB No. 085581
*Attorney for Defendants Samuel Goedhart Trucking & Samuel Goedhart*

IT IS SO STIPULATED:

_____
Eric A. Kekel, OSB No. 923512
*Attorney for Defendant Stavri Plasari*